UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RE: Mitchell T. Peterman         :     CHAPTER   7
    Andrea M. Peterman        :
                               :
SSN: xxx-xx-8481                 :     CASE NO.:  13-52936
    xxx-xx-1690               :

## DEBTOR'S AFFIDAVIT IN REGARDS TO 521 (a)(1)(iv)

**COMES NOW** the Debtors in the above referenced case and states as follows:

**1.**

We are the Debtors in the above referenced case.

**2.**

We do not have all pay advices on income as referred to in 11 U.S.C. § 521 (a)(1)(iv) in the 60 days prior to the filing of the above referenced case. However, attached are those we do have.

Executed on _____10-31-_____, 2013

_____
Mitchell T. Peterman

_____
Andrea M. Peterman

**Crawford County Board of Commissioners**
Payroll Account
PO Box 1059
Roberta, GA 31078

139017

The Citizens State Bank
Reynolds/Roberta
Georgia
64-1054/612

PAY TO THE ORDER OF    ****************EIGHT HUNDRED NINETY-SIX DOLLARS & 91 CENTS    ***896.91

ANDREA M PETERMAN
521 ZENITH MILL RD
ROBERTA    GA    31078

DATE 10/11/2013

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE
COUNTERSIGNED

⑆139017⑆ ⑈064212054⑈ 32 00 21 9⑈

---

**Crawford County Board of Commissioners**
Payroll Account
PAY PERIOD - 10/05/2013        01690 ANDREA M PETERMAN                CHECK DATE - 10/11/2013        139017

| EARNINGS | --- HOURS --- | | -- DOLLARS -- | | DEDUCTIONS | PERIOD | Y-T-D |
|---|---|---|---|---|---|---|---|
|  | PERIOD | Y-T-D | PERIOD | Y-T-D |  |  |  |
| REGULAR |  |  | 1229.93 |  | FICA | 82.02 | 3017.14 |
| OVERTIME |  |  |  |  | FEDERAL | 12.82 | 2205.12 |
| VACATION |  |  |  | 50.20 | STATE | 40.38 | 1843.98 |
| SICK |  |  |  |  | 457 EE CONT 2% | 24.60 | 844.60 |
| HOLIDAY |  |  |  | 288.00- | 401A EMPLR 1% | 12.30 | 422.30 |

Crawford County Commissioners
Payroll Account
PO Box 1059
Roberta, GA 31078

138456

certusBANK
64-2010/611

***** ONE THOUSAND FOUR HUNDRED NINETY-SIX DOLLARS & 92 CENTS

DATE 9/27/2013    AMOUNT **1496.92

PAY TO THE ORDER OF

ANDREA M PETERMAN
521 ZENITH MILL RD
ROBERTA    GA    31078

VOID AFTER 90 DAYS

⑈138456⑈ ⑆061120107⑆ 0000869⑈

Crawford County Commissioners
Payroll Account
PAY PERIOD - 9/21/2013    01690 ANDREA M PETERMAN    CHECK DATE - 9/27/2013    138456

| EARNINGS | --- HOURS --- | | -- DOLLARS -- | | DEDUCTIONS | PERIOD | Y-T-D |
|---|---|---|---|---|---|---|---|
|  | PERIOD | Y-T-D | PERIOD | Y-T-D |  |  |  |
| REGULAR |  |  | 2049.89 |  | FICA | 144.73 | 2935.12 |
| OVERTIME |  |  |  |  | FEDERAL | 105.44 | 2192.30 |
| VACATION |  |  |  | 50.20 | STATE | 88.60 | 1803.60 |
| SICK |  |  |  |  | 457 EE CONT 2% | 41.00 | 820.00 |
| HOLIDAY |  |  |  | 288.00- | 401A EMPLR 1% | 20.50 | 410.00 |

138352

)1690 ANDREA M PETERMAN           CHECK DATE -  9/13/2013

| -- D O L L A R S -- | | DEDUCTIONS | | |
|---|---|---|---|---|
| PERIOD | Y-T-D | | PERIOD | Y-T-D |
| 2049.89 | | FICA | 144.74 | 2790.39 |
| | | FEDERAL | 105.44 | 2086.86 |
| | 50.20 | STATE | 88.60 | 1715.00 |
| | | 457 EE CONT 2% | 41.00 | 779.00 |
| | 288.00- | 401A EMPLR 1% | 20.50 | 389.50 |
| | | MED INS PRETAX | 123.90 | 1816.09 |
| | | GUARDIAN PRETAX | 9.65 | 461.26 |
| | | GUARD POST TAX | 15.29 | 290.38 |
| | | METLIFE PRETAX | 24.36 | 194.88 |

| | |
|---|---|
| 2049.89 | 38947.91 |
| 573.48 | 10523.36 |
| 1496.91 | 28814.05 |

---

138245

)1690 ANDREA M PETERMAN           CHECK DATE -  8/30/2013

| -- D O L L A R S -- | | DEDUCTIONS | | |
|---|---|---|---|---|
| PERIOD | Y-T-D | | PERIOD | Y-T-D |
| 2049.89 | | FICA | 144.73 | 2645.65 |
| | | FEDERAL | 105.44 | 1981.42 |
| | 50.20 | STATE | 88.60 | 1626.40 |
| | | 457 EE CONT 2% | 41.00 | 738.00 |
| | 288.00- | 401A EMPLR 1% | 20.50 | 369.00 |
| | | MED INS PRETAX | 123.90 | 1692.19 |
| | | GUARDIAN PRETAX | 9.65 | 451.61 |
| | | GUARD POST TAX | 15.29 | 275.09 |
| | | METLIFE PRETAX | 24.36 | 170.52 |

| | |
|---|---|
| 2049.89 | 36898.02 |
| 573.47 | 9949.88 |
| 1496.92 | 27317.14 |

138140

01690 ANDREA M PETERMAN　　CHECK DATE - 8/16/2013

| | -- D O L L A R S -- | | DEDUCTIONS | PERIOD | Y-T-D |
|---|---|---|---|---|---|
| | PERIOD | Y-T-D | | | |
| | 2049.89 | | FICA | 144.74 | 2500.92 |
| | | | FEDERAL | 105.44 | 1875.98 |
| | | 50.20 | STATE | 88.60 | 1537.80 |
| | | | 457 EE CONT 2% | 41.00 | 697.00 |
| | | 288.00- | 401A EMPLR 1% | 20.50 | 348.50 |
| | | | MED INS PRETAX | 123.90 | 1568.29 |
| | | | GUARDIAN PRETAX | 9.65 | 441.96 |
| | | | GUARD POST TAX | 15.29 | 259.80 |
| | | | METLIFE PRETAX | 24.36 | 146.16 |

2049.89　34848.13
573.48　9376.41
1496.91　25820.22